# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA-
# NORTHERN DIVISION

| | | |
|---|---|---|
| **Gregory Paul Violette; and** | ) | |
| **Barbara A. Violette;** | ) | |
|    Plaintiffs, | ) | |
| | ) | |
| v. | ) | **CASE NO. 2025-** |
| | ) | |
| **West Capital Lending, Inc.;** | ) | **Formerly CV-2025-900154.00** |
| **Robert Johnson VP of Operations,** | ) | **in the Circuit Court of Covington** |
| **His Bond John Doe One;** | ) | **County, Alabama** |
| **Linzey Ostrow VP of Corp.** | ) | |
| **Strategy & Personnel, Her Bond** | ) | |
| **John Doe Two; Giorgio Bertuol** | ) | |
| **Pres. of Sales, His Bond John Doe** | ) | |
| **Three,** | ) | |
|    Defendants. | ) | |

## NOTICE OF REMOVAL

TO:  Gregory Paul Violette
      19992 Airport Road
      Andalusia, AL 35421

      Barbara A. Violette
      19992 Airport Road
      Andalusia, AL 35421

      Circuit Clerk
      Circuit Court of Covington County, Alabama
      Civil Division
      1K North Court Square
      Andalusia, Alabama 36420

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant West Capital Lending, Inc. (hereinafter "Defendant" or "West Capital") hereby serves notice of

the removal of this cause from the Circuit Court of Covington County, Alabama, to this Honorable Court, and respectfully shows unto the Court as follows:

1. This action was originally filed on November 14, 2025, in the Circuit Court of Covington County, Alabama, and assigned case number CV-2025-900154.

2. In the Complaint, Plaintiffs assert a cause of action for fraud. Plaintiffs' complaint asks for monetary damages in the amount of $410,000.00. (Complaint at Prayer for Relief).

3. Plaintiffs allege in the complaint that they reside in Andalusia, Alabama which lies within Covington County, Alabama. (*Id.* at Plaintiffs' Signatures).

4. Plaintiffs identify the following defendants in the Complaint:

   a. West Capital Lending, Inc., which is incorporated in the State of California, with its principal place of business in the State of California, therefore being a corporate citizen of the State of California.

   b. Robert Johnson, an individual resident citizen of the State of California.

   c. Linzey Ostrow, an individual resident citizen of the State of California.

   d. Giorgio Bertuol, an individual resident citizen of the State of Tennessee.

5. West Capital was served with the summons and complaint on November 24, 2025. This Notice of Removal is filed within thirty (30) days of the date of service on West Capital of the summons and complaint. Therefore, this Notice of Removal has been filed within the time allowed by law under 28 U.S.C. § 1446(b).

6. As more fully set out below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 and West Capital has satisfied the procedural requirements for removal.

7. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because complete diversity of citizenship exists between the parties and the amount in controversy exceeds $75,000, exclusive of costs and interests. As is reflected in Exhibit A filed herewith, all defendants are citizens of California and all defendants consent to removal.

8. Pursuant to 28 U.S.C. § 1446(d), West Capital has served a copy of this Notice of Removal on the Clerk of the Circuit Court of Covington County, Alabama and the Plaintiffs by filing the same with the state court's electronic filing system (AlaFile).

9. The documents attached hereto as Exhibit B constitute a copy of the Circuit Court's file, including all process, pleadings and discovery served upon Defendants.

I. **Diversity Jurisdiction**

10. This Removal is based upon diversity jurisdiction. 28 U.S.C. § 1332. To confer diversity jurisdiction, the amount in controversy between the parties must exceed the sum or value of $75,000.00 exclusive of interests and costs. 28 U.S.C. § 1332(a). Moreover, the action must be brought "between citizens of different States." 28 U.S.C. § 1332(a)(1).

1. **Complete Diversity Exists in This Case.**

11. Plaintiffs are a resident citizens of Alabama. (Complaint at Plaintiffs' Signatures).

12. Defendant West Capital Lending, Inc., is incorporated in the State of California, with its principal place of business in the State of California, therefore being a corporate citizen of the State of California. (Exhibit A).

13. Defendant Robert Johnson is a resident citizen of the State of California. (Exhibit A).

14. Defendant Linzey Ostrow is a resident citizen of the State of California. (Exhibit A).

15. Defendant Giorgio Bertuol is a resident citizen of the State of Tennessee. (Exhibit A).

16. Therefore, for purposes of diversity jurisdiction, all Defendants are citizens of California or Tennessee and all Plaintiffs are citizens of Alabama, and complete diversity exists in this case.

**2.    The Amount in Controversy Exceeds $75,000.**

17. In the Complaint, Plaintiffs seek a judgment for $410,000. (Complaint at Prayer for Relief).

18. Therefore, removal of this action is proper on the basis of diversity jurisdiction because the parties are diverse and the amount in controversy exceeds $75,000. 28 U.S.C. § 1446(c)(2)(B).

**II.    The Other Prerequisites for Removal Have Been Satisfied**

19. This Notice of Removal is being timely filed pursuant to 28 U.S.C. § 1446(b) because it is filed within 30 days of November 24, 2025, the date of service on West Capital.

20. The United States District Court for the Middle District of Alabama, Northern Division, embraces the county in which the state court action was filed. Therefore, this Court is a proper venue for this action pursuant to 28 U.S.C. §§ 81(b)(1) and 1441(a).

21. Based on the foregoing, this action is one over which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1332, and this action is removable under 28 U.S.C. §§ 1441, *et seq*.

WHEREFORE, Defendant West Capital respectfully removes this action from the Circuit Court of Covington County, Alabama, to this Court, pursuant to 28 U.S.C. § 1441.

                                              */s/ John E. Rollins*
                                              John E. Rollins (ASB-1539-H71R)
                                              *An attorney for Defendant West Capital Lending, Inc.*

**OF COUNSEL:**

John E. Rollins (ASB-1539-H71R)
HAND ARENDALL HARRISON SALE, LLC
1801 5th Avenue North, Suite 400
Birmingham, Alabama 35203
Telephone: 205-324-4400
jrollins@handfirm.com

Douglas L. McCoy
HAND ARENDALL HARRISON SALE, LLC
104 St. Francis St. Ste. 300
Mobile, Alabama 36602
Telephone: 251-432-5511
dmccoy@handfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this day, December 23, 2025 served a copy of the foregoing pleading on the following listed counsel of record by mailing the same by United States Mail, properly addressed and first-class postage prepaid.

Gregory Paul Violette
19992 Airport Road
Andalusia, AL 35421

Barbara A. Violette
19992 Airport Road
Andalusia, AL 35421

>                                    */s/ John E. Rollins*
>                                    OF COUNSEL