# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA-
# NORTHERN DIVISION

| | |
|---|---|
| Gregory Paul Violette; and ) | |
| Barbara A. Violette; ) | |
|    Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2025- |
| ) | |
| West Capital Lending, Inc.; ) | Formerly CV-2025-900154.00 |
| Robert Johnson VP of Operations, ) | in the Circuit Court of Covington |
| His Bond John Doe One; ) | County, Alabama |
| Linzey Ostrow VP of Corp. ) | |
| Strategy & Personnel, Her Bond ) | |
| John Doe Two; Giorgio Bertuol ) | |
| Pres. of Sales, His Bond John Doe ) | |
| Three, ) | |
|    Defendants. ) | |

## WEST CAPITAL LENDING, INC'S
## CORPORATE DISCLOSURE STATEMENT

West Capital Lending, Inc., is incorporated in the State of California with its principal place of business in the State of California and it is a citizen of the State of California. West Capital Lending, Inc., is a mortgage brokerage firm and a direct lender.

*/s/ John E. Rollins*
John E. Rollins (ASB-1539-H71R)
*Attorney for Defendant West Capital Lending, Inc.*

1

**OF COUNSEL:**

John E. Rollins
HAND ARENDALL HARRISON SALE, LLC
1801 5th Avenue North, Suite 400
Birmingham, Alabama 35203
Telephone: 205-324-4400
jrollins@handfirm.com

Douglas L. McCoy
HAND ARENDALL HARRISON SALE, LLC
104 St. Francis St. Ste. 300
Mobile, Alabama 36602
Telephone: 251-432-5511
dmccoy@handfirm.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have on this day, December 23, 2025 served a copy of the foregoing pleading on the following listed counsel of record either electronically through this Court's CM/ECF System or by mailing the same by United States Mail, properly addressed and first-class postage prepaid.

    Gregory Paul Violette
    19992 Airport Road
    Andalusia, AL 35421

    Barbara A. Violette
    19992 Airport Road
    Andalusia, AL 35421

                                    */s/ John E. Rollins*
                                    OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **Gregory Paul Violette; and** | ) | |
| **Barbara A. Violette;** | ) | |
|     **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2025-** |
| | ) | |
| **West Capital Lending, Inc.;** | ) | **Formerly CV-2025-900154.00** |
| **Robert Johnson VP of Operations,** | ) | **in the Circuit Court of Covington** |
| **His Bond John Doe One;** | ) | **County, Alabama** |
| **Linzey Ostrow VP of Corp.** | ) | |
| **Strategy & Personnel, Her Bond** | ) | |
| **John Doe Two; Giorgio Bertuol** | ) | |
| **Pres. of Sales, His Bond John Doe** | ) | |
| **Three,** | ) | |
|     **Defendants.** | ) | |

## AFFIDAVIT OF ROBERT JOHNSON

COMES NOW, Robert Johnson, and avers as follows:

1. I am over the age of 19 and competent to make this affidavit in which I aver facts based upon my personal knowledge.

2. I am an adult resident citizen of the State of California and have been for more than the last twelve months.

3. I am informed that West Capital Lending, Inc. intends to remove this action from the Circuit Court of Covington County, Alabama, to the United States District Court for the Middle District of Alabama. I consent to that removal.

*/s/ Robert Johnson*
ROBERT JOHNSON

Page 1

STATE OF CALIFORNIA         )
Orange_____ COUNTY      )

I, the undersigned, a Notary Public in and for the County and State aforesaid, hereby certify that Robert Johnson, whose name is signed to the foregoing Affidavit, and who is known to me, acknowledged before me on this day that he executed the same voluntarily and of his own free will, and swore that the matters contained in the foregoing Affidavit are true to the best of his knowledge.

Given under my hand and official seal this the __19__ day of December, 2025.

_____
NOTARY PUBLIC
My Commission Expires: __1/30/27__

LINZEY BROOKE OSTROW
Notary Public - California
Orange County
Commission # 2436559
My Comm. Expires Jan 30, 2027

Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Gregory Paul Violette; and<br>Barbara A. Violette;<br>    Plaintiffs,<br><br>v.<br><br>West Capital Lending, Inc.;<br>Robert Johnson VP of Operations,<br>His Bond John Doe One;<br>Linzey Ostrow VP of Corp.<br>Strategy & Personnel, Her Bond<br>John Doe Two; Giorgio Bertuol<br>Pres. of Sales, His Bond John Doe<br>Three,<br>    Defendants. | CASE NO. 2025-<br><br>Formerly CV-2025-900154.00<br>in the Circuit Court of Covington<br>County, Alabama |

## AFFIDAVIT OF GIORGIO BERTUOL

COMES NOW, Giorgio Bertuol, and avers as follows:

1. I am over the age of 19 and competent to make this affidavit in which I aver facts based upon my personal knowledge.

2. I am a citizen of the State of Tennessee and have been for more than the last twelve months. I presently reside part-time in both Tennessee and California.

3. I am informed that West Capital Lending, Inc. intends to remove this action from the Circuit Court of Covington County, Alabama, to the United States District Court for the Middle District of Alabama. I consent to that removal.

_____
GIORGIO BERTUOL

Page 1

STATE OF ~~CALIFORNIA~~ Tennessee )
__Williamson__ COUNTY )

I, the undersigned, a Notary Public in and for the County and State aforesaid, hereby certify that Giorgio Bertuol, whose name is signed to the foregoing Affidavit, and who is known to me, acknowledged before me on this day that he executed the same voluntarily and of his own free will, and swore that the matters contained in the foregoing Affidavit are true to the best of his knowledge.

Given under my hand and official seal this the 22nd day of December, 2025.

_____
NOTARY PUBLIC
My Commission Expires: 10/7/29

[Notary Seal: CONNOR HUFF, STATE OF TENNESSEE NOTARY PUBLIC, COUNTY OF WILLIAMSON]

Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Gregory Paul Violette; and<br>Barbara A. Violette;<br>   Plaintiffs, | )<br>)<br>)<br>) | |
| v. | )<br>) | CASE NO. 2025- |
| West Capital Lending, Inc.;<br>Robert Johnson VP of Operations,<br>His Bond John Doe One;<br>Linzey Ostrow VP of Corp.<br>Strategy & Personnel, Her Bond<br>John Doe Two; Giorgio Bertuol<br>Pres. of Sales, His Bond John Doe<br>Three,<br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Formerly CV-2025-900154.00<br>in the Circuit Court of Covington<br>County, Alabama |

## AFFIDAVIT OF LINZEY OSTROW

COMES NOW, Linzey Ostrow, and avers as follows:

1. I am over the age of 19 and competent to make this affidavit in which I aver facts based upon my personal knowledge.

2. I am an adult resident citizen of the State of California and have been for more than the last twelve months.

3. I am informed that West Capital Lending, Inc. intends to remove this action from the Circuit Court of Covington County, Alabama, to the United States District Court for the Middle District of Alabama. I consent to that removal.

_____
LINZEY OSTROW

Page 1

STATE OF CALIFORNIA )
_Orange_ COUNTY )

I, the undersigned, a Notary Public in and for the County and State aforesaid, hereby certify that Linzey Ostrow, whose name is signed to the foregoing Affidavit, and who is known to me, acknowledged before me on this day that she executed the same voluntarily and of her own free will, and swore that the matters contained in the foregoing Affidavit are true to the best of her knowledge.

Given under my hand and official seal this the 22 day of December, 2025.

NOTARY PUBLIC
My Commission Expires: 03/28/2029

THUY LE
Notary Public - California
Orange County
Commission # 2515838
My Comm. Expires Mar 28, 2029

Page 2