ELECTRONICALLY FILED
11/14/2025 1:13 PM
23-CV-2025-900154.00
CIRCUIT COURT OF
COVINGTON COUNTY, ALABAMA
AMY JONES, CLERK



## IN THE DISTRICT COURT OF COVINGTON COUNTY, ALABAMA

Gregory Paul Violette,
Barbara A Violette,

      Plaintiffs,

Vs.                            CJVIL ACTION NO.

West Capital Lending, Inc.,
Robert Johnson VP of Operations,
His Bond John Doe One,
Linzey Ostrow VP of Corp. Strategy &
Personnel, Her Bond John Doe Two,
Giorgio Bertuol Pres. of Sales, His Bond
John Doe Three,



Defendants.

### PLAINTIFFS' CIVIL SUIT OF FRAUD

      The defendants caused things to us during the loan process that was fraud. They caused things that were illegal and should be penalized for their wrong doings. They did get us a mortgage BUT the mortgage needs to be refinanced and there was a LARGE cost to getting the loan and now we are stuck in an unfair mortgage with a large interest cost which needs to be refinanced. They caused everything listed below and they must be punched for their wrong doings.

      **Hidden and "phantom" fees** — Unexpected charges appear at closing.
There were large gaps between the Loan Estimate and Closing Disclosure, the line of items, and fees we never agreed to.

**Bait-and-switch loan terms** — The Promised rate and program replaced by worse terms at signing.
The verbal promises not in writing, last-minute changes, and pressure to "sign now."

**Inflated appraisal through collusion** — Appraisal artificially raised so we qualified for bigger loan.
Appraiser recommended by the broker, values much higher than nearby sales, or deleted comps.

**Falsified income/assets/employment** — Documents altered so we "qualified." Loan applications we didn't submit, or income figures we didn't provide.

**Loan flipping** —Refinancing that adds fees and debt but offers no real benefit.

**Steering to higher-cost products for kickbacks** — Broker pushes worse loans because they pay better. Refusal to explain why a product was chosen, pressure away from lower-cost alternatives, and inconsistent disclosures of broker compensation.

**Packing the loan with unnecessary insurance/products** — Unwanted insurance and add-ons rolled into the loan. Unwanted insurance with higher premiums, warranty fees, and services not listed on disclosure.

**Forged signatures and notarizations** — Docs signed and notarized without us present or consenting. Unfamiliar signatures on copies, notarizations for times and dates we weren't there, and missing with our original copies.

**Misrepresenting government programs** — Claiming the loan was government-backed and forgiven when they aren't. Then pressuring us to accept a "special" government deal, with incorrect program names, and lack of official documentation.

**Failure to record** — Transfers not disclosed and payments are misapplied. Missing transfer notices, different payee instructions without explanation, and payments credited incorrectly.

**Double Brokering** — Broker roles changed without disclosure. Different parties contact us, divergent payoff statements, and lacking written sale and assignment records.

**Kickbacks and undisclosed referral fees** — Third parties (title, appraiser, attorney) pay the broker for referrals. Patterns of the same third parties used repeatedly, and there was no explanation of why they were chosen.

**Escrow account abuse** — Escrow funds were mishandled, not tracked, and used for unrelated expenses. Unexplained escrow shortages, inconsistent statements, and payments being posted incorrectly.

**Misleading Preapproval / Conditional approvals** — "Preapproval" given without full underwriting and we were misled. There was wording like "subject to verification" and the aggressive marketing of preapproval without required documentation.

**Document substitution at closing** — Different documents substituted at signing than those we reviewed. There was a major difference between copies we reviewed and final signed copies.

**Predatory rates tied to credit misrepresentation** — Charging risk-based add-ons by misstating our credit and inflating risk. There were unexplained pricing adjustments and misreporting on the pricing pages, and lack of credit score documentation.

**Identity theft and unauthorized use of personal info** — Our identities were used to obtain loans we didn't request. Accounts and credit inquiries that we did not recognize then credit report discrepancies.

**Concealed yield spread and broker credits** — The Broker and defendants' structures the financing, so lender pays broker extra

without full disclosure. There were opaque calculations in the Good Faith Estimate and Loan Estimate and unclear compensation tables.

**Predatory balloon payments and negative amortization** — Loan structured to push payments later or increase principal without clear disclosure. There were unusual payment schedules, balloon payments, and misleading accounts about how principal and interest are applied.

**Pressure tactics and refusal to provide documentation** — High-pressure "act now" tactics and refusing to give copies. There was pressure to waive review periods and refusal to provide documents we signed and NOT give us time to read.

## CONCLUSION:

We ask the court to award us $410,000.00 and stop the defendants from committing fraud again. They have willingly committed fraud and will continue if the court does not stop them. They have no commitment to following the laws of being a mortgage broker company and following the laws governing mortgage brokers and companies doing business in the United States.

Dated at Andalusia, AL, on the 14th day of November 2025.

Gregory Paul Violette, Plaintiff
19992 Airport Rd
Andalusia, AL 36421
Phone Number: 207-399-7567

Barbara A Violette, Plaintiff

4

West Capital Lending, Inc

17911 Von Kerman Ave, Suite 400

Irvine, CA ~~92614~~
92614

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2024 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>23-CV-2025-900154.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA COUNTY, ALABAMA
## GREGORY PAUL VIOLETTE ET AL V. WEST CAPITAL LENDING, INC.  ET AL

**NOTICE TO:**  WEST CAPITAL LENDING, INC., 17911 VON KERMAN AVE SUITE 400, IRVINE, CA 92614

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), GREGORY PAUL VIOLETTE ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 19992 AIRPORT RD, ANDALUSIA, AL 36421 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

GREGORY  PAUL VIOLETTE

*[Name(s)]*

| 11/14/2025 | /s/ AMY JONES | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ GREGORY PAUL VIOLETTE

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to _____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*      *(Name of County)*                        *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was returned- Not Found

☐ I certify that service of process of this Summons and the Complaint or other document was refused by _____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*      *(Name of County)*                        *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| _____ | _____ | _____ |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |

| _____ | _____ | |
|---|---|---|
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |

| _____ | _____ | |
|---|---|---|
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2024 | SUMMONS<br>- CIVIL - | Court Case Number<br>23-CV-2025-900154.00 |
| --- | --- | --- |

## IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA COUNTY, ALABAMA
## GREGORY PAUL VIOLETTE ET AL V. WEST CAPITAL LENDING, INC.  ET AL

**NOTICE TO:** ROBERT JOHNSON, VP OF OPERATIONS 17911 VON KERMAN AVE SUITE 400, IRVINE, CA 92614

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), GREGORY PAUL VIOLETTE                                                                                                      ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 19992 AIRPORT RD, ANDALUSIA, AL 36421                                                       .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

GREGORY  PAUL VIOLETTE

*[Name(s)]*

| 11/14/2025 | /s/ AMY JONES | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ GREGORY PAUL VIOLETTE

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to _____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*            *(Name of County)*                              *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was returned- Not Found

☐ I certify that service of process of this Summons and the Complaint or other document was refused by _____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*        *(Name of County)*                        *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

_____          _____          _____
*(Type of Process Server)*               *(Server's Signature)*                  *(Address of Server)*

_____          _____          _____
*(Badge or Precinct Number of Sheriff or Constable)*   *(Server's Printed Name)*

_____          _____
*(Badge or Precinct Number of Sheriff or Constable)*   *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2024 | SUMMONS<br>- CIVIL - | Court Case Number<br>23-CV-2025-900154.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA COUNTY, ALABAMA
## GREGORY PAUL VIOLETTE ET AL V. WEST CAPITAL LENDING, INC.  ET AL

**NOTICE TO:** JOHN  DOE, HIS BOND JOHN DOE ONE 17911 VON KERMAN AVE SUITE 400, IRVINE, CA 92614

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), GREGORY PAUL VIOLETTE                                                                                                     ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 19992 AIRPORT RD, ANDALUSIA, AL 36421                                       .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

[ ] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[✓] Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

GREGORY  PAUL VIOLETTE
*[Name(s)]*

| 11/14/2025 | /s/ AMY JONES | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

[✓] Certified Mail is hereby requested.    /s/ GREGORY PAUL VIOLETTE

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

[ ] Return receipt of certified mail received in this office on _____

*(Date)*

*Personal/Authorized*

[ ] I certify that I personally delivered a copy of this Summons and the Complaint or other document to _____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*        *(Name of County)*        *(Date)*

Document left:

[ ] with above-named Defendant;

[ ] with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

[ ] at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

[ ] I certify that service of process of this Summons and the Complaint or other document was returned- Not Found

[ ] I certify that service of process of this Summons and the Complaint or other document was refused by _____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*        *(Name of County)*        *(Date)*

[ ] the above-named Defendant;

[ ] an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

[ ] As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2024 | SUMMONS<br>- CIVIL - | Court Case Number<br>23-CV-2025-900154.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA COUNTY, ALABAMA
## GREGORY PAUL VIOLETTE ET AL V. WEST CAPITAL LENDING, INC.  ET AL

**NOTICE TO:** LINZEY OSTROW, VP OF CORP. STRATEGY 17911 VON KERMAN AVE SUITE 400, IRVINE, CA 92614

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), GREGORY PAUL VIOLETTE

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 19992 AIRPORT RD, ANDALUSIA, AL 36421

*(Address(es) of Plaintiff(s) or Attorney(s))*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

GREGORY  PAUL VIOLETTE

*(Name(s))*

| 11/14/2025 | /s/ AMY JONES | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.        /s/ GREGORY PAUL VIOLETTE

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to

_____ in _____ County, Alabama on _____.

*(First and Last Name of Person Served)*        *(Name of County)*        *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was returned- Not Found

☐ I certify that service of process of this Summons and the Complaint or other document was refused by

_____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*        *(Name of County)*        *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

_____

*(Type of Process Server)*        *(Server's Signature)*        *(Address of Server)*

_____

*(Badge or Precinct Number of Sheriff or Constable)*        *(Server's Printed Name)*

_____

*(Badge or Precinct Number of Sheriff or Constable)*        *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2024 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>23-CV-2025-900154.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA COUNTY, ALABAMA
## GREGORY PAUL VIOLETTE ET AL V. WEST CAPITAL LENDING, INC.  ET AL

**NOTICE TO:**  JOHN DOE, HER BOND JOHN JOE TWO 17911 VON KERMAN AVE SUITE 400, IRVINE, CA 92614

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), GREGORY PAUL VIOLETTE

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 19992 AIRPORT RD, ANDALUSIA, AL 36421

*(Address(es) of Plaintiff(s) or Attorney(s))*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of
pursuant to the Alabama Rules of the Civil Procedure.

GREGORY  PAUL VIOLETTE

*(Name(s))*

| 11/14/2025 | /s/ AMY JONES | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ GREGORY PAUL VIOLETTE

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to

in                            County, Alabama on

*(First and Last Name of Person Served)*          *(Name of County)*                  *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was returned- Not Found

☐ I certify that service of process of this Summons and the Complaint or other document was refused by

in                            County, Alabama on                            who is:

*(First and Last Name of Person Served)*          *(Name of County)*                  *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*                  *(Server's Signature)*                  *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*    *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*    *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2024 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>23-CV-2025-900154.00 |
| --- | --- | --- |

## IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA COUNTY, ALABAMA
### GREGORY PAUL VIOLETTE ET AL V. WEST CAPITAL LENDING, INC.  ET AL

**NOTICE TO:** GIORGIO BERTUOL, PRES. OF SALES 17911 VON KERMAN AVE SUITE 400, IRVINE, CA 92614

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), GREGORY PAUL VIOLETTE                                                                                                                   ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 19992 AIRPORT RD, ANDALUSIA, AL 36421                                            .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

GREGORY  PAUL VIOLETTE

*[Name(s)]*

| 11/14/2025 | /s/ AMY JONES | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ GREGORY PAUL VIOLETTE

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on                                            .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to                                      in                                      County, Alabama on                                      .

*(First and Last Name of Person Served)*          *(Name of County)*                                     *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was returned- Not Found

☐ I certify that service of process of this Summons and the Complaint or other document was refused by                                      in                                      County, Alabama on                                      who is:

*(First and Last Name of Person Served)*          *(Name of County)*                                     *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
| --- | --- | --- |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2024 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>23-CV-2025-900154.00 |
| --- | --- | --- |

## IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA COUNTY, ALABAMA
## GREGORY PAUL VIOLETTE ET AL V. WEST CAPITAL LENDING, INC.  ET AL

**NOTICE TO:** JOHN DOE, HIS BOND JOHN DOE THREE 17911 VON KERMAN AVE SUITE 400, IRVINE, CA 92614

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), GREGORY PAUL VIOLETTE                                                                                        ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 19992 AIRPORT RD, ANDALUSIA, AL 36421                                         .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of    GREGORY  PAUL

pursuant to the Alabama Rules of the Civil Procedure.    VIOLETTE

*(Name(s))*

| 11/14/2025 | /s/ AMY JONES | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ GREGORY PAUL VIOLETTE

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on                                              .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to

_____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*    *(Name of County)*                                *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was returned- Not Found

☐ I certify that service of process of this Summons and the Complaint or other document was refused by

_____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*    *(Name of County)*                                *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

_____    _____    _____
*(Type of Process Server)*         *(Server's Signature)*              *(Address of Server)*

_____    _____
*(Badge or Precinct Number of Sheriff or Constable)*    *(Server's Printed Name)*

_____    _____
*(Badge or Precinct Number of Sheriff or Constable)*    *(Telephone Number of Designated Process Server)*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

West Capital Lending, Inc.
17911 Von Karman Ave., St. 400

Irvine, CA 92614



9590 9402 9632 5121 0599 93

2. Article Number (Transfer from service label)

9589 0710 5270 2543 0398 34

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ....il Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

**USPS TRACKING #**

SANTA ANA CA 926

28 NOV 2025 PM 1 L

**First-Class Mail**
**Postage & Fees Paid**
**USPS**
**Permit No. G-10**

9590 9402 9632 5121 0599 93

**United States**
**Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box*

**AMY W. JONES**
**CLERK CIRCUIT COURT**
**1K NORTH COURT SQUARE**
**ANDALUSIA, AL. 36420-3995**

CV-25-900154

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Doe

His Bond John Doe One

17911 Von Kerman Ave. St 400

Irving, CA 92614



9590 9402 9632 5121 0599 70

2. Article Number *(Transfer from service label)*

9589 0710 5270 2543 0398 65

**COMPLETE THIS SECTION ON DELIVERY**



A. Signature

X _____  ☐ Agent
                                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

ed Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                  Domestic Return F

**USPS TRACKING #**



9590 9402 9632 5121 0599 79

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box*

**AMY W. JONES**

**CLERK CIRCUIT COURT**

**1K NORTH COURT SQUARE**

**ANDALUSIA, AL  36420-3995**

Cv-25-900154                    Doc3

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

1. Article Addressed to:

John Doe
His Bond John Doe There
17911 Von Karman Ave. Ste
Irvine, CA 92614

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No



IRVINE CA 92623
NOV 25 2025
USPS



9590 9402 9632 5121 0600 05

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

9589 0710 5270 2543 0398 27

☐ Signature
☐ Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 9632 5121 0600 05

United States
Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box®

AMY W. JONES
CLERK CIRCUIT COURT
1K NORTH COURT SQUARE
ANDALUSIA, AL 36420-3905

CV-25-900154                    D007

**ALERT: WINTER WEATHER IN THE MIDWESTERN AND NORTHEASTERN US MAY DELAY FINA...**

# USPS Tracking®

FAQs ›

Tracking Number:

**9589071052702543039827**

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:28 am on November 25, 2025 in IRVINE, CA 92614.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

IRVINE, CA 92614
November 25, 2025, 11:28 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                                         ˅

---

**USPS Tracking Plus®**                                                          ˅

---

**Product Information**                                                          ˅

**See Less** ∧

---

Track Another Package



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.

■ Print your name and address on the reverse
   so that we can return the card to you.

■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

Giorgio Bertini
President of Sales
17911 Von Karman Ave. St...
Irvine, CA 92614

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

IRVINE CA 92623

NOV 25 2025

USPS

3. Service Type
☐ Adult Signature                ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☐ Certified Mail®                ☐ Registered Mail Restricted
☐ Certified Mail Restricted Delivery    Delivery
☐ Collect on Delivery            ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation
                                    Restricted Delivery



9590 9402 9632 5121 0599 48

2. Article Number (Transfer from service label)

9589 0710 5270 2543 0398 96    Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**USPS TRACKING #**

26

6 L

9590 9402 9632 5121 0599 48

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box®

**AMY W. JONES**

**CLERK CIRCUIT COURT**

**1K NORTH COURT SQUARE**

**ANDALUSIA, AL  36420-3996**

Cr-2025-900154          Doof

**ALERT: WINTER WEATHER IN THE MIDWESTERN AND NORTHEASTERN US MAY DELAY FINA...**

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052702543039896

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:30 pm on November 24, 2025 in IRVINE, CA 92614.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

IRVINE, CA 92614
November 24, 2025, 1:30 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| | |
|---|---|
| **Text & Email Updates** | ∨ |
| **USPS Tracking Plus®** | ∨ |
| **Product Information** | ∨ |

**See Less ∧**

Track Another Package

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert Johnson
VP of Operations
17911 Von Karman
Irvine, CA 92614

9590 9402 9632 5121 0599 88

2. Article Number *(Transfer from service label)*

9589 0710 5270 2543 0    41

**COMPLETE THIS SECTION ON DELIVERY**



A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

NOV 25 2025    IRVINE    9262

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

## USPS TRACKING #



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 9632 5121 0599 86

**United States
Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box*

**AMY W. JONES
CLERK CIRCUIT COURT
1K NORTH COURT SQUARE
ANDALUSIA, AL 36420-3905**

Cv-25-900 154                    Doc2

SENDER:

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

?=u Ostow
Stratey

Pi...        man Ave. S

Irviney CA 92614

9590 9402 9632 5121 0599 62

2. Article Number (Transfer from service label)

9589 0710 5270 2543 0398 72

A. Signature

X                          ☐ Agent
                           ☐ Addressee

B.                         C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

IRVINE CA
NOV 25 2025
USPS

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ...stricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

DOCUMENT 15

USPS TRACKING #

MONTGOMERY AL 360

9590 9402 9632 5121 0599 62

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box®

**AMY W. JONES**

**CLERK CIRCUIT COURT**

**1K NORTH COURT SQUARE**

**ANDALUSIA, AL 36420-3805**

CV-25-900154                    Doo4

**SENDER**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Doe

Her Bond John Doe Two

17911 Von Karman Ave. School

Irvine, CA 92614



9590 9402 9632 5121 0599 55

2. Article Number (Transfer from service label)

9589 0710 5270 2543 0398 89



A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

NOV 25 2025

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   ☐ ...stricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted D...

PS Form 3811, July 2020 PSN 7530-02-000-9053

USPS TRACKING #
MONTGOMERY AL 360

26

4 !

8 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 9632 5121 0599 55

United States
Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box®

AMY W. JONES
CLERK CIRCUIT COURT
1K NORTH COURT SQUARE
ANDALUSIA, AL 36420-3996

Cr-25-900154          Doo5