Exhibit A – Gregory Paul Violette Litigation History

| Case Style | Case Number | Case Information |
|---|---|---|
| *In Re Grand Jury Proceedings (Gregory P. Violette) Gregory P. Violette, Intervenor, Appellant.* | 183 F.3d 71 (1st Cir. 1999) | Appeal from the U.S. District Court for the District of Maine. Appeal of discovery/privilege ruling. |
| *USA v. Gregory Paul Violette* | Maine District Court<br><br>Case No.: 1:2000CR-00026 | Criminal Case. |
| *Gregory Paul Violette v. United States of America* | Maine District Court<br><br>Case No.: 1:2004cv-00135 | Prisoner seeks to vacate sentence. |
| *Gregory Paul Violette v. Francis, et al.* | Maine District Court<br><br>Case No.: 1:2017-cv-00026 | Civil Rights Violation. |
| *Gregory Paul Violette v. Ripley, et al.* | Maine District Court<br><br>Case No.: 1:2017-cv-00027 | Civil Rights Violation. |
| *Gregory Paul Violette v. Northern Maine Regional Reentry Center, et al.* | United States District Court for the District of Maine<br><br>Civil Action No.: 1:2017-cv-28-DBH | Civil Rights Violation. |

Exhibit A – Gregory Paul Violette Litigation History

| Case Style | Case Number | Case Information |
|---|---|---|
| *Gregory Paul Violette v. Kate Phillips and United States Probation and Pretrial Services* | United States District Court for the District of Maine<br><br>Civil Action No.: 2:2019-cv-458-JNL | Complaint alleging Probation Officer and U.S. Probation Office violated Violette's civil rights and exceeded their authority causing him to be sentenced by a judge for violating the conditions of his supervised release.  Judge Andrea K. Johnstone, U.S. Magistrate Judge Ordered this case dismissed for failure to state a claim upon which relief can be granted. |
| *U.S., et al. v. Gregory Paul Violette* | United States Court of Appeals for the First Circuit Court of Appeals Docket No.:  2019-1413 | Judgment of District Court is affirmed in criminal appeal. |
| *United States v. Gregory P. Violette* | United States District Court for the District of Maine (Penobscot County)<br>Civil Action No.: 1:2000-cr-00026-GZS | Criminal case where Violette was sentenced to 87 months in prison for wire, mail and bankruptcy fraud, making false statements to financial institutions, and money laundering.  Violette was resentenced to additional 18 months in prison after finding that Violette transferred more than $70,000.00 to his wife in order to prevent the money from being used to pay restitution to victims. |
| *U.S., et al. v. Gregory Paul Violette* | United States Court of Appeals for the First Circuit<br>Court of Appeals Docket No.:  2002-cr-02449 | Government's Motion for Summary Affirmance is Granted. |

Exhibit A – Page 2

Exhibit A – Gregory Paul Violette Litigation History

| Case Style | Case Number | Case Information |
|---|---|---|
| *Gregory Paul Violette v. Betty Crocker General Mills, Inc.* | Maine District Court<br><br>Case No.:<br>1:2018-cv-00372 | Personal Injury: Illness allegedly sustained after eating from Betty Crocker measuring spoons and ingesting label. |
| *Gregory Paul Violette v. CBHH LLC, et al.* | Maine District Court<br><br>Case No.:<br>1:19-cv-00015 | Unfair Trade Practices regarding the purchase of house. |
| *Gregory Paul Violette v. Turgeon, et al.* | Maine District Court<br><br>Case No.:<br>2:2019-cv-00417 | Probations officers seized and searched Plaintiff's devices without permission. Plaintiff seeks $1,000,000.00. |
| *Gregory Paul Violette v. Phillips, et al.* | Maine District Court<br><br>Case No.:<br>2:2019-cv-000458 | Probation Officer not being able to get Plaintiff sentenced by a Judge in violation of probation. |
| *Gregory Paul Violette v. Baker, et al.* | Maine District Court<br><br>Case No.:<br>2:2019-cv-00479 | Prisoner – Civil Rights |
| *Gregory Paul Violette v. Turgeon, et al.* | Maine District Court<br><br>Case No.:<br>2:2019-cv-00480 | Prisoner – Civil Rights |
| *Gregory Paul Violette v. Phillips, et al.* | Maine District Court<br><br>Case No.:<br>2:2019-cv-00492 | Prisoner – Civil Rights |
| *Gregory Pay Violette v. Click Bank* | Maine District Court<br><br>Case No.:<br>1:2020-cv-000412 | Contract Products Liability |
| *Gregory Paul Violette v. Dish Network, LLC* | Maine District Court<br><br>Case No.:<br>1:2020-cv-000459 | Complaint regarding cable and internet – false advertising. |

Exhibit A – Page 3

Exhibit A – Gregory Paul Violette Litigation History

| Case Style | Case Number | Case Information |
|---|---|---|
| *Gregory Paule Violette v. Capital One* | Maine District Court<br><br>Case No.: 1:2020-cv-00472 | Complaint regarding accounts listed on credit report. |
| *Gregory Paul Violette v. Citi Bank* | Maine District Court<br><br>Case No.: 1:2020-cv-00477 | Complaint regarding accounts listed on credit report. |
| *Gregory Paul Violette v. Capetti, et al.* | Civil Action No.: 4:2020-cv-40044 | Habeas Corpus (Prison Condition) |
| *Gregory Paul Violette v. Capetti, et al.* | Civil Action No.: 4:2020-cv-40048 | Prisoner: Civil Rights |
| *Gregory Paul Violette v. Fandryer, et al.* | Civil Action No.: 4:2020-cv-40049 | Habeas Corpus (Prison Condition) |
| *Gregory Paul Violette v. Spaulding, et al.* | Civil Action No.: 4:2020-cv-40050 | Prisoner: Civil Rights |
| *Gregory Paul Violette v. Capetti, et al.* | Civil Action No.: 4:2020-cv-40051 | Habeas Corpus (Prison Condition) |
| *Gregory Paul Violette v. Spaulding, et al.* | Civil Action No.: 4:2020-cv-40075 | Habeas Corpus (Prison Condition) |
| *Gregory Paul Violette v. Missouh, et al.* | Civil Action No.: 4:2020-cv-40076 | Habeas Corpus (Prison Condition) |
| *Gregory Paul Violette v. TD Bank* | Maine District Court<br><br>Case No.: 1:2021-cv-00056 | Complaint regarding banking. |
| *Gregory Paul Violette v. Pharos House, et al.* | Maine District Court<br><br>Case No.: 2:2021-cv-00148 | Civil Rights Americans with Disabilities. |
| *Gregory Paul Violette v. Dr. Victor Petreca* | Maine District Court<br><br>Case No.: 1:2021-cv-00212 | Civil Rights – Medical Malpractice. Case dismissed. |
| *Gregory Paul Violette v. McKee Foods Corp.* | Maine District Court<br><br>Case No.: 1:2021-cv-00292 | Product Liability: Plaintiff gained weight by eating Drake's Fruit Pies. |

Exhibit A – Gregory Paul Violette Litigation History

| Case Style | Case Number | Case Information |
|---|---|---|
| *Gregory Paul Violette v. Frandryer, et al.* | Civil Action No.: 4:2021-cv-40050 | Habeas Corpus (Prison Condition) |
| *Gregory Paul Violette v. Capetti, et al.* | Civil Action No.: 4:2021-cv-40051 | Habeas Corpus (Prison Condition) |
| *Gregory Paul Violette v. Interbake Foods, LLC* | Maine District Court<br><br>Case No.: 1:2022-cv-00052 | Product Liability: Plaintiff gained weight by eating Oven Bake Fudge Mint Cookies. |
| *Gregory Paul Violette v. Pepsi-Cola* | United States District Court for the District of Maine<br><br>Civil Action No.: 1:2022-cv-00053 | Product Liability: Use of high fructose corn syrup in soda. |
| *Gregory Paul Violette v. Newmarket Health Products LLC* | Maine District Court<br><br>Case No.: 1:2022-cv-00057 | Personal Injury – Plaintiff purchased Gold Leaf Nutritional ViraSurge that made him sick. |
| *Gregory Paul Violette v. Apex Trader Funding, Inc.* | In the Circuit Court of Covington County, Alabama<br><br>Civil Action No.: 23-CV-2025-900046 | This Plaintiff seeks $32,780.00; plus $247.00 court costs. Plaintiff claims that creditor failed to limit plaintiff's spending on credit card. |
| *Gregory Paul Violette v. Carvana* | In the District Court of Covington County, Alabama<br><br>District Court Case No.: 23-DV-2025-900060 | Plaintiff seeks $7,800.00 plus $248.00 in court costs because the Defendant offered to purchase Plaintiff's 2019 auto for $7,800.00 which I bought from Co-Part, they backed out of the agreement for no reason. Case settled. |
| *Gregory Paul Violette v. Go2Auctions* | In the District Court of Covington County, Alabama<br><br>District Court Case No.: 23-DV-2025-900061 | Plaintiff seeks $3,000.00 because on conversion theory. Motion to Dismiss filed by Defendant is granted due to lack of jurisdiction. |

Exhibit A – Gregory Paul Violette Litigation History

| Case Style | Case Number | Case Information |
|---|---|---|
| *Gregory Paul Violette v. Co-Part* | In the District Court of Covington County, Alabama<br><br>District Court Case No.: 23-DV-2025-900062 | Plaintiff seeks $6,800.00 plus $248.00 court costs related to sale of automobile. |
| *Gregory Paul Violette v. Landmark Settlement & Title* | In the District Court of Covington County, Alabama<br><br>District Court Case No.: 23-DV-2025-900063 | Plaintiff seeks $10,000.00 plus $248.00 in court costs for delay in releasing escrow money. Motion to Dismiss filed by Landmark Settlement & Title granted. |
| *Gregory Paul Violette v. Central Maine Motors* | In Small Claims Court of Covington County, Alabama<br><br>Civil Action No.: 23-SM-2025-900168 | Plaintiff seeks $863.39 plus $53.00 court costs. |
| *Gregory Paul Violette v. Credit One Bank* | In Small Claims Court of Covington County, Alabama<br><br>Civil Action No.: 23-SM-2025-900169 | Plaintiff seeks $1,500.00 plus $53.00 in court costs. Case dismissed due to lack of jurisdiction. |
| *Gregory Paul Violette and Barbara A. Violette v. Carrington Mortgage Services, LLC, et al.* | In the Circuit Court of Covington County, Alabama<br><br>Civil Action No.: 23-CV-2025-900180 | Complaint alleges fraud regarding mortgage. Complaint filed on 12/15/2025. |
| *Gregory Paul Violette v. Credit One Bank #2* | In Small Claims Court of Covington County, Alabama<br><br>Civil Action No.: 23-SM-2025-900215 | Plaintiff claims the defendant owes the plaintiff the sum of $1,500.00 plus $127.00 in court costs because defendant has not corrected credit reports to show no late payments. Settled. |

Exhibit A – Gregory Paul Violette Litigation History

| Case Style | Case Number | Case Information |
|---|---|---|
| *Gregory Paul Violette v. Sergeant's Pet Care* | In Small Claims Court of Covington County, Alabama<br><br>Civil Action No.: 23-SM-2025-900216 | Plaintiff seeks $699.00 plus court costs of $53.00 because flea medications did not work. Defendant failed to appear at trial. Default judgment for the Plaintiff. |
| *Gregory Paul Violette v. Credit One Bank #3* | In Small Claims Court of Covington County, Alabama<br><br>Civil Action No.: 23-SM-2025-900233 | Plaintiff seeks $1,500.00 for failure to correct his credit reports to show no late payments. Plaintiff seeks $100,000.00 plus court costs $53.50. Settled. |
| *Gregory Paul Violette v. Southern Independent Bank* | In Small Claims Court of Covington County, Alabama<br><br>Civil Action No.: 23-SM-2025-900252 | Plaintiff claims he deposited two checks in the amount of $2,000.00 and was told that the checks bounced. Plaintiff seeks $4,000.00 plus fees of $160.00. |
| *Gregory Paul Violette v. Green Dot Co Corporation* | In Small Claims Court of Covington County, Alabama<br><br>Civil Action No.: 23-SM-2025-900265 | Plaintiff claims credit cards were stolen and seeks $1,328.00. Trial on December 15, 2025. Court found that the plaintiff is not entitled to recover his alleged damages – defense verdict. |
| *Gregory Paul Violette v. Capital One* | In the District Court of Covington County, Alabama<br><br>Civil Action No.: 23-SM-2025-900278 | Trial December 15, 2025. Plaintiff failed to meet the burden of proof under law. Defense verdict. |