IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY PAUL VIOLETTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:25-cv-1020-ECM-JTA |
| | ) |
| WEST CAPITAL LENDING, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is Defendants' Motion to Dismiss Pursuant to FRCP 12 (Doc. No. 2) filed on December 30, 2025.  Accordingly, it is ORDERED as follows:

1. On or before **January 21, 2026**, Plaintiff shall show cause in writing as to why Defendants' motion should not be granted.

2. Plaintiff is specifically ADVISED to address the issues raised by Defendants in the motion to dismiss and state why this case should not be dismissed.  Plaintiff is CAUTIONED that should he fail to show cause why Defendants' motion should not be granted <u>or</u> fail to comply with this Order, the Magistrate Judge will recommend that his complaint be dismissed.

3. Defendants shall file a reply on or before **January 28, 2026**.

Upon the filing of the reply brief, the motion will be deemed under submission and no further briefs will be permitted absent leave of court.

DONE this 31st day of December, 2025.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE

Case 2:25-cv-01020-ECM-JTA   Document 5   Filed 12/31/25   Page 2 of 2