**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark

25cv14020ECM Doc #5

Postage
$
Total Postage and Fees
$

Sent To: Barbara A.a Violette
Street and Apt.: 19992 Airport Road
City, State, ZIP: Andalusia, AL 36421

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 1810 0001 9840 0476

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark

25cv14020ECM Doc #5

Postage
$
Total Postage and Fees
$

Sent To: Gregory Paul Violette
Street and Apt.: 19992 Airport Road
City, State, ZIP: Andalusia, AL 36421

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 1810 0001 9840 0452