IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY PAUL VIOLETTE and BARBARA A. VIOLETTE,<br><br>　　Plaintiffs,<br><br>v.<br><br>WEST CAPITAL LENDING, INC., et al.,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 2:25-cv-1020-ECM-JTA<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Before the court is Plaintiffs' Motion to Remand to the Covington County Alabama Circuit Court. (Doc. No. 7.) Accordingly, it is ORDERED as follows:

1. On or before **January 29, 2026**, Defendants shall show cause in writing as to why Plaintiffs' motion should not be granted.

2. On or before **February 11, 2026,** Plaintiffs shall file a reply.

3. Plaintiffs are specifically ADVISED to address the issues raised by Defendants in their response and state why this case should be remanded.

Upon the filing of the reply brief, the motion will be deemed under submission and no further briefs will be permitted absent leave of court.

DONE this 9th day of January, 2026.

                                       /s/ Jerusha T. Adams
                                       JERUSHA T. ADAMS
                                       UNITED STATES MAGISTRATE JUDGE