IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2026 JAN 12 P 12: 08
TRE ...NGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Gregory Paul Violette: and
Barbara A Violette,
 Plaintiffs,

v.                                            CASE NO. 2:25-cv-01020-ECM-JTA

West Capital Lending, Inc.,
Robert Johnson VP of Operations,
His Bond John Doe One,
Linzey Ostrow VP of Corp. Strategy &
Personnel, Her Bond John Doe Two,
Giorgio Bertuol Pres. of Sales, His Bond
John Doe Three,

 Defendants.

**PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Plaintiffs, appearing **pro se**, respectfully move this Honorable Court for leave to file their **First Amended Complaint** pursuant to **Federal Rule of Civil Procedure 15(a)(2)**. In support thereof, Plaintiffs state as follows:

**I. PROCEDURAL BACKGROUND**

1. Plaintiffs filed this civil action asserting claims arising from a **2025 residential mortgage transaction** involving property located in the **State of Alabama**.

1

2. Defendants **West Capital Lending, Inc., et al.** have filed a **Motion to Dismiss pursuant to Rule 12(b)(6)**, alleging that Plaintiffs failed to state a claim upon which relief may be granted.
3. Defendants' motion challenges the **form and specificity** of Plaintiffs' pleadings rather than the underlying factual basis or legal viability of Plaintiffs' claims.

## II. LEGAL STANDARD

4. Under **Federal Rule of Civil Procedure 15(a)(2)**, leave to amend pleadings shall be **"freely given when justice so requires."**
5. The Eleventh Circuit has repeatedly held that amendment should be allowed unless there is:
    a. undue delay,
    b. bad faith,
    c. repeated failure to cure deficiencies,
    d. undue prejudice, or
    e. futility of amendment.
6. None of those factors are present here.
7. Courts afford **additional latitude to pro se litigants**, particularly at the early pleading stage and before discovery has occurred.

## III. GOOD CAUSE FOR AMENDMENT

8. Plaintiffs seek leave to amend in **good faith** to:
    a. Clarify factual allegations;
    b. Plead fraud with greater particularity under **Rule 9(b)**;
    c. Separate claims into distinct legal counts;
    d. Identify specific statutory and common-law violations;
    e. Clarify damages and request relief.
9. The proposed First Amended Complaint alleges **specific facts**, including:

2

    a. Misrepresentations and omissions during the loan origination process;
    b. Discrepancies between the Loan Estimate and Closing Disclosure;
    c. Undisclosed fees, compensation, and kickbacks;
    d. Inflated appraisal practices;
    e. Falsified or unauthorized loan documents;
    f. Predatory loan terms cause ongoing financial harm.

10. These allegations, taken as true, plausibly state claims for relief under **federal and state law**, including but not limited to:
    - Common law fraud;
    - Fraudulent suppression and concealment;
    - Violations of **TILA and RESPA**;
    - Negligent misrepresentation;
    - Unjust enrichment;
    - Civil conspiracy.

## IV. NO PREJUDICE TO DEFENDANTS

11. This case is in its **early stages**.
12. No discovery has occurred.
13. Defendants will suffer **no prejudice**, as they may respond or refile any motion directed to the amended pleading.
14. Allowing amendments to promote resolution of this action **on the merits**, rather than on technical pleading grounds.

## V. INTEREST OF JUSTICE

15. Denial of leave to amend at this stage would be inconsistent with:
    - Rule 15's liberal amendment policy;
    - Federal preference for decisions on the merits;

- Established precedent protecting pro se litigants from premature dismissal.

## VI. RELIEF REQUESTED

**WHEREFORE**, Plaintiffs respectfully request that this Court:

A. Grant Plaintiffs leave to file their **First Amended Complaint**;
B. Deem Defendants' pending Motion to Dismiss **moot or** alternatively allow Defendants to refile in response to the amended pleading; and
C. Grant such other and further relief as the Court deems just and proper.

Dated at Andalusia, AL, on the 7th day of January 2026.

Gregory Paul Violette
Plaintiff, Pro Se
19992 Airport Rd
Andalusia, AL 36421
207-399-7567

Barbara A Violette
Plaintiff, Pro Se

4

**CERTIFICATE OF SERVICE**

I certify that on this 7th day of January 2026, a copy of the foregoing Motion of **PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** was served on all counsel of record via U.S. Mail, properly addressed and first-class postage prepaid.

Hand Arendall Harrison Sale LLC
1801 5th Ave North
Suite 400
Birmingham, AL 35203


_____
Gregory Paul Violette

19992 Airport Rd
Andalusia, AL 36421

MONTGOMERY AL
8 JAN 2026 AM

US District Court
B-110
One Church Street
Montgomery, AL 36104

36104-401801