IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY PAUL VIOLETTE and BARBARA A. VIOLETTE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 2:25-cv-1020-ECM-JTA ) |
| WEST CAPITAL LENDING, INC., et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

Before the court is Plaintiffs' Motion for Leave to File First Amended Complaint. (Doc. No. 10.) Accordingly, it is ORDERED as follows:

1. On or before **January 29, 2026,** Defendants shall show cause in writing as to why Plaintiffs' Motion for Leave to File First Amended Complaint should not be granted.

2. On or before **February 11, 2026,** Plaintiffs shall file a reply.

Upon the filing of the reply brief, the motion will be deemed under submission and no further briefs will be permitted absent leave of court.

DONE this 14th day of January, 2026.

JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE