# EXHIBIT A



**Jerome C. Chapman IV**
jchapman@handfirm.com
**DIRECT** 205 502 0174 / **FAX** 205 397 1306

December 23, 2025

Mr. Gregory P. Violette
Ms. Barbara A. Violette
19992 Airport Road
Andalusia, AL 36421
By Certified Mail 9589 0710 5270 2530 0729 98

  Re: *Removal of Case 23-CV-2025-900154*

Dear Mr. Violette and Ms. Violette:

  I am an attorney with the law firm Hand Arendall Harrison Sale LLC. Together with Douglas McCoy and John Rollins, I have been engaged to represent West Capital Lending, Inc., and the other defendants you sued in the case bearing civil action number 23-CV-2025-900154.

  This letter informs you that the case bearing civil action number 23-CV-2025-900154 has been removed from the Circuit Court of Covington County, AL, to the United States District Court for the Middle District of Alabama where it was assigned case number 2:25-cv-01020.

  Enclosed herewith are the removal documents.

  The Middle District of Alabama has published resources for individuals representing themselves, including links to the Federal Rules of Civil Procedure and the Middle District's local rules, at the following web page: https://www.almd.uscourts.gov/representing-yourself.

  We look forward to working with you.

       Sincerely,

       Jerome C. Chapman IV

CC: Douglas L. McCoy
   John E. Rollins

Encl.: Notice of Removal, Corporate Disclosure Statement, State Court Record at Time of Removal, Civil Cover Sheet