# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

**Gregory Paul Violette and**
**Barbara A. Violette,**
Plaintiffs,

v.                                                    **CASE NO. 2:25-cv-01020-ECM-JTA**

**West Capital Lending, Inc., et al.,**
Defendants.

## PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

## AND CLARIFICATION REGARDING PLAINTIFFS' MOTION FOR LEAVE TO AMEND

Plaintiffs Gregory Paul Violette and Barbara A. Violette, appearing **pro se,** hereby submit this Opposition to Defendants' Motion to Dismiss and clarification regarding Plaintiffs' previously filed Motion for Leave to Amend Complaint. In support thereof, Plaintiffs state as follows:

# I. PROCEDURAL BACKGROUND

1. Plaintiffs originally filed this action in the Circuit Court of Covington County, Alabama.
2. Defendants removed the action to this Court.
3. Plaintiffs timely filed a Motion to Remand, contesting removal.
4. While the Motion to Remand was pending, Defendants filed a Motion to Dismiss pursuant to Rule 12(b)(6), Fed. R. Civ. P.

1

5. In response to the Motion to Dismiss, Plaintiffs filed a **Motion for Leave to Amend Complaint**, seeking to cure any alleged pleading deficiencies raised by Defendants and to plead claims with greater particularity.

6. Defendants now assert that Plaintiffs "failed to respond" to the Motion to Dismiss.

7. That assertion is incorrect as a matter of law and procedure.

## II. PLAINTIFFS' MOTION TO AMEND CONSTITUTES A PROPER AND TIMELY RESPONSE

8. It is well-established that **seeking leave to amend is an appropriate and favored response to a Rule 12(b)(6) motion**, particularly where amendment would cure alleged deficiencies.

9. Federal Rule of Civil Procedure 15(a)(2) provides that leave to amend shall be **"freely given when justice so requires."**

10. The United States Supreme Court has held that amendment should be allowed absent undue delay, bad faith, repeated failure to cure deficiencies, undue prejudice, or futility. *Foman v. Davis*, 371 U.S. 178, 182 (1962).

11. Plaintiffs' Motion to Amend was filed in good faith, early in the proceedings, and specifically intended to address the issues raised in Defendants' Motion to Dismiss.

12. Courts routinely deny or deem moot motions to dismiss where a motion to amend is pending that would supersede the original pleading.

13. Plaintiffs therefore did not ignore Defendants' Motion to Dismiss, but instead responded in a procedurally proper manner by seeking leave to amend their complaint.

## III. THE PROPOSED AMENDED COMPLAINT MOOTS THE MOTION TO DISMISS

14. Plaintiffs' proposed amended complaint pleads claims with greater specificity, clarifies factual allegations, identifies defendants' roles, and cures any arguable pleading defects raised by Defendants.

15. If leave to amend is granted, the amended complaint will supersede the original complaint, rendering Defendants' Motion to Dismiss moot.

16. At a minimum, Defendants suffer no prejudice, as they retain the ability to file a renewed motion directed at the amended pleading if they believe grounds exist.

## IV. PRO SE STATUS AND INTEREST OF JUSTICE

17. Plaintiffs are proceeding **pro se** and are entitled to liberal construction of their filings.
18. Federal courts strongly favor resolution of cases on the merits rather than on technical pleading deficiencies, particularly at the early stages of litigation.
19. No scheduling order has been entered, discovery has not begun, and amendment will not delay or prejudice these proceedings.

## V. REQUEST FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that the Court:

A. **Grant Plaintiffs' Motion for Leave to Amend Complaint**;

B. **Deny Defendants' Motion to Dismiss as moot**, or alternatively deny it without prejudice;

C. Clarify that Plaintiffs have not waived opposition to dismissal; and

D. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted this 31st day of January 2026.

**Gregory Paul Violette, Pro Se**
19992 Airport Rd
Andalusia, AL 36421
Phone: 207-399-7567

**Barbara A. Violette, Pro Se**

3

**CERTIFICATE OF SERVICE**

I certify that on this 31st day of January 2026, a copy of the foregoing Motions of **PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND CLARIFICATION REGARDING PLAINTIFFS' MOTION FOR LEAVE TO AMEND and EXHIBIT A "PLAINTIFFS' FIRST AMENDED COMPLAINT"**

 was served on all counsel of record via U.S. Mail, properly addressed and first-class postage prepaid.

Hand Arendall Harrison Sale LLC
1801 5th Ave North
Suite 400
Birmingham, AL 35203

Gregory Paul Violette

19992 Airport Rd
Andalusia, AL 36421

US District Court

B-110

One Church Street

Montgomery, AL 36104