IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY PAUL VIOLETTE and BARBARA A. VIOLETTE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 2:25-cv-1020-ECM-JTA ) |
| WEST CAPITAL LENDING, INC., et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

Before the court is Plaintiffs' Renewed Motion for Leave to File First Amended Complaint, which contains Plaintiffs' proposed amended complaint. (Doc. No. 17.) Plaintiffs previously filed a motion to amend that did not contain a proposed amended complaint. (*See* Doc. No. 10.)[1] Accordingly, it is ORDERED as follows:

1. Plaintiffs' Motion for Leave to File First Amended Complaint (Doc. No. 10) is DENIED as moot due to the filing of Plaintiff's renewed motion to amend (Doc. No. 17).

2. On or before **February 24, 2026**, Defendants shall show cause in writing as to why Plaintiffs' Renewed Motion for Leave to File First Amended Complaint (Doc. No. 17) should not be granted.

---

[1] Under this court's local rules, the party moving to amend a pleading must attach an original of the amendment to the motion. M.D. Ala. LR 15.1 ("A party who moves to amend a pleading, document or other papers shall attach the original of the amendment to the motion.").

3. On or before **March 6, 2026**, Plaintiffs shall file a reply.

4. A telephone hearing on all pending motions (Docs. No. 2, 7, 17) is set for **March 9, 2026, at 10:00 a.m.** The courtroom deputy shall provide the parties with conference call dial-in information.

DONE this 12th day of February, 2026.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE