IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **Gregory Paul Violette; and** ) | |
| **Barbara A. Violette;** ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. |
| ) | 2:25-cv-01020 |
| **West Capital Lending, Inc.;** ) | |
| **Robert Johnson VP of Operations,** ) | |
| **His Bond John Doe One;** ) | |
| **Linzey Ostrow VP of Corp.** ) | |
| **Strategy & Personnel, Her Bond** ) | |
| **John Doe Two; Giorgio Bertuol** ) | |
| **Pres. of Sales, His Bond John Doe** ) | |
| **Three,** ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO CONTINUE

**COME NOW,** all Defendants, by and through their undersigned counsel, and move this Court for a short continuance of the telephone conference scheduled for March 9, 2026. In support of this request, the undersigned states as follows:

John E. Rollins and Jerome C. Chapman IV are scheduled to begin jury selection on March 9, 2026, in Franklin County, Alabama, in *Shackelford, et al. v. Northwest-Shoals Community College*, 33-CV-2019-900164.00. This trial is expected to last no more than five days.

Douglas L. McCoy is scheduled to travel on March 9, 2026, and will be unavailable by telephone at the appointed time.

1

The undersigned certifies that this motion is not made for the purpose of delay, and that respectfully requests that the Court grant a short continuance of the scheduled hearing.

Respectfully submitted,

*/s/ Jerome C. Chapman IV*
Jerome C. Chapman IV (ASB-2364-O42H)
*Attorney for Defendants*

**OF COUNSEL:**

John E. Rollins
Jerome C. Chapman IV
HAND ARENDALL HARRISON SALE, LLC
1801 5th Avenue North, Suite 400
Birmingham, Alabama 35203
Telephone: 205-324-4400
jrollins@handfirm.com

Douglas L. McCoy
HAND ARENDALL HARRISON SALE, LLC
104 St. Francis St. Ste. 300
Mobile, Alabama 36602
Telephone: 251-432-5511
dmccoy@handfirm.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have on this day, February 24, 2026 served a copy of the foregoing pleading on the following listed counsel of record either electronically through this Court's CM/ECF System or by mailing the same by United States Mail, properly addressed and first-class postage prepaid.

Gregory Paul Violette
19992 Airport Road
Andalusia, AL 35421

Barbara A. Violette
19992 Airport Road
Andalusia, AL 35421

                                                */s/ Jerome C. Chapman IV*
                                                OF COUNSEL