**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, ROOM B-110

MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK OF COURT                                                                                           TELEPHONE (334) 954-3600

March 4, 2026

**NOTICE OF DEFICIENCY**
**REGARDING CORPORATE/**
**CONFLICT STATEMENT**

**To:** Giorgio Bertuol, Robert Johnson, Linzey Ostrow

**From:** Clerk's Office

**Case Style:**     Violette et al v. West Capital Lending, Inc. et al
**Case Number:**           2:25-cv-01020-ECM-JTA

**Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1 and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.**

<span style="color:red">**No corporate/conflict disclosure statement has been filed by you in this action.**</span>

**This deficiency must be corrected within ten (10) days from this date.**