IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **Gregory Paul Violette; and** | ) | |
| **Barbara A. Violette;** | ) | |
|     **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.** |
| | ) | **2:25-cv-01020-ECM-JTA** |
| **West Capital Lending, Inc.;** | ) | |
| **Robert Johnson VP of Operations,** | ) | |
| **His Bond John Doe One;** | ) | |
| **Linzey Ostrow VP of Corp.** | ) | |
| **Strategy & Personnel, Her Bond** | ) | |
| **John Doe Two; Giorgio Bertuol** | ) | |
| **Pres. of Sales, His Bond John Doe** | ) | |
| **Three,** | ) | |
|     **Defendants.** | ) | |

## DEFENDANTS' CERTIFICATE OF CORRECTED SERVICE

**COME NOW,** all Defendants, by and through their undersigned counsel, and certify that they have sent copies of all of Defendants' filings, including Doc. 20, via U.S. Mail and FedEx to Plaintiffs at the following address:

19992 Airport Road
Andalusia, AL 36421

As of this filing, USPS Certified Mail tracking number 9214 8901 9403 8360 3895 88 reflects delivered, left with individual, and the FedEx parcel with tracking number 8893 3905 0352 reflects anticipated delivery before 2:30 pm.

1

In the interest of convenience, Defendants would be happy to provide courtesy copies of future filings by email. If this would be helpful to the Plaintiffs, the undersigned invites the Plaintiffs to initiate email contact using jchapman@handfirm.com.

Finally, the undersigned apologizes to the Court and the Plaintiffs for the error relating to the Plaintiffs' zip code. We will see to it that the correct zip code is used going forward.

                                                        Respectfully submitted,

                                                        */s/ Jerome C. Chapman IV*
                                                        Jerome C. Chapman IV (ASB-2364-O42H)
                                                        *Attorney for Defendants*

**OF COUNSEL:**

John E. Rollins
Jerome C. Chapman IV
HAND ARENDALL HARRISON SALE, LLC
1801 5th Avenue North, Suite 400
Birmingham, Alabama 35203
Telephone: 205-324-4400
jrollins@handfirm.com
jchapman@handfirm.com

Douglas L. McCoy
HAND ARENDALL HARRISON SALE, LLC
104 St. Francis St. Ste. 300
Mobile, Alabama 36602
Telephone: 251-432-5511
dmccoy@handfirm.com

**CERTIFICATE OF SERVICE**

    I hereby certify that I have on this day, March 9, 2026 served a copy of the foregoing pleading on the following listed parties either electronically through this Court's CM/ECF System or by mailing the same by United States Mail, properly addressed and first-class postage prepaid.

Gregory Paul Violette
19992 Airport Road
Andalusia, AL 36421

Barbara A. Violette
19992 Airport Road
Andalusia, AL 36421

                                                  */s/ Jerome C. Chapman IV*
                                                  OF COUNSEL