IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GREGORY PAUL VIOLETTE, *et al.*,    )
    )
    Plaintiffs,    )
    )
    v.    )    CASE NO. 2:25-cv-1020-ECM
    )
WEST CAPITAL LENDING, INC., *et al.*,    )
    )
    Defendants.    )

**O R D E R**

On April 15, 2026, the Magistrate Judge entered a Recommendation (doc. 40) to which no timely objections have been filed.  After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1.    The Recommendation of the Magistrate Judge (doc. 40) is ADOPTED;

2.    The Plaintiffs' motion to remand (doc. 7) is DENIED;

3.    The Plaintiffs' motion for leave to file amended complaint (doc. 17) is GRANTED;

4.    **On or before June 9, 2026**, the Clerk of the Court shall docket the Plaintiffs' proposed amended complaint (doc. 17-1) as the Plaintiffs' amended complaint;

5.    This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 2nd day of June, 2026.

                                        /s/ Emily C. Marks
                                     EMILY C. MARKS
                                     UNITED STATES DISTRICT JUDGE