**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **Gregory Paul Violette; and** | ) | |
| **Barbara A. Violette;** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.** |
| | ) | **2:25-cv-01020-ECM-JTA** |
| **West Capital Lending, Inc.;** | ) | |
| **Robert Johnson VP of Operations,** | ) | |
| **His Bond John Doe One;** | ) | |
| **Linzey Ostrow VP of Corp.** | ) | |
| **Strategy & Personnel, Her Bond** | ) | |
| **John Doe Two; Giorgio Bertuol** | ) | |
| **Pres. of Sales, His Bond John Doe** | ) | |
| **Three,** | ) | |
| **Defendants.** | ) | |

**MOTION TO WITHDRAW**

**COMES NOW,** Jerome C. Chapman IV, and moves this Court to permit his withdrawal as counsel of record for all Defendants. All Defendants will continue to be represented by John Rollins, Esq., and Douglas McCoy, Esq.

Respectfully submitted,

*/s/ Jerome C. Chapman IV*
Jerome C. Chapman IV (ASB-2364-O42H)

1

**OF COUNSEL:**

John E. Rollins
Jerome C. Chapman IV
HAND ARENDALL HARRISON SALE, LLC
1801 5th Avenue North, Suite 400
Birmingham, Alabama 35203
Telephone: 205-324-4400
jrollins@handfirm.com
jchapman@handfirm.com

Douglas L. McCoy
HAND ARENDALL HARRISON SALE, LLC
104 St. Francis St. Ste. 300
Mobile, Alabama 36602
Telephone: 251-432-5511
dmccoy@handfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day, June 18, 2026 served a copy of the foregoing pleading on the following listed parties either electronically through this Court's CM/ECF System or by mailing the same by United States Mail, properly addressed and first-class postage prepaid.


Gregory Paul Violette
19992 Airport Road
Andalusia, AL 36421

Barbara A. Violette
19992 Airport Road
Andalusia, AL 36421


*/s/ Jerome C. Chapman IV*
OF COUNSEL

3